IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| IN RE: | |
|---|---|
| **WILMA JEANNE MORRIS,** | Case No.: BK-18-13787-JDL |
| | Chapter 13 |
| DEBTOR. | |

## CREDITOR'S PRELIMINARY WITNESS AND EXHIBIT LIST

COMES NOW the Creditor, QUICKEN LOANS INC., ("QUICKEN"), through its undersigned counsel, and hereby submits its Amended Witness and Exhibit List for the hearing scheduled for March 12, 2019 on Debtor's Motion for Determination of Fees, Expenses, or Charges Pursuant to Rule 3002.1(E) (Doc. 18). QUICKEN informs the Court and counsel that this amendment is filed due to the fact that QUICKEN had to confirm that the expert witness(es) named herein would be willing and able to testify herein. QUICKEN continues to reserve the right to amend these lists as equity may require and/or allow.

**WITNESSES**

| No. | Name | Address | Proposed Testimony |
|---|---|---|---|
| 1. | Michael L. McCormick | 1544 Old Alabama Rd. Roswell, GA 30076 (678) 281-3918 | Will testify to amount of work, skill and knowledge required to receive, process and prepare bankruptcy Proof of Claim matters along with reasonableness of fees and expenses challenged herein. |
| 2. | Bret D. Davis | 5613 N. Classen Blvd. Oklahoma City, OK 73118 (405) 840-5900 | Will testify to amount of work, skill and knowledge required to receive, process and prepare foreclosure matters and/or bankruptcy Proof of Claim matters along with reasonableness of fees and expenses challenged herein. |
| 3. | O. Clifton Gooding | 204 N. Robinson Ave. Suite 650 Oklahoma City, OK 73102 (405) 948-1978 | Will testify to amount of work, skill and knowledge required to receive, process and prepare bankruptcy Proof of Claim matters along with reasonableness of fees and expenses challenged herein |
| 4. | All witnesses of other parties not objected to by QUICKEN | | |
| 5. | Records custodians | | Identify and/or authenticate Creditor's exhibits |

**EXHIBITS**

| No. | EXHIBIT |
|---|---|
| 1. | Invoice(s) for Bankruptcy Fees and Expenses |
| 2. | Pleadings and Claims Filed herein |
| 3. | Note dated August 30, 2016 |
| 4. | Mortgage dated August 30, 2016 recorded September 16, 2016 in Book 4469 Page 478 of the Canadian County Clerk |
| 5. | Any exhibit needed for impeachment or rebuttal purposes |
| 6. | Debtor's exhibits not objected to by QUICKEN |

QUICKEN LOANS INC.

By:     s/ Matthew J. Hudspeth
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the above and foregoing Amended Witness and Exhibit List with postage thereon fully prepaid to the parties listed below on February 25, 2019.

Wilma Jeanne Morris
605 S. Lakehoma Dr.
Mustang, OK 73064

    The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John T. Hardeman
P.O. Box 1948
Oklahoma City, OK  73101

Jason A. Sansone
Sansone Howell PLLC
Arvest Bank Tower, Suite 500
4600 SE 29th St
Del City, OK  73115

                              By:       s/ Matthew J. Hudspeth
                                             MATTHEW J. HUDSPETH - #14613
                                             JIM TIMBERLAKE - #14945
                                             Baer Timberlake, P.C.
                                             4200 Perimeter Center, Suite 100
                                             Oklahoma City, OK 73102
                                             Telephone: (405) 842-7722
                                             Fax: (918) 794-2768
                                             mhudspeth@baer-timberlake.com
                                             Attorney for Creditor