# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**FILED**

Mar. 1, 2019

Douglas E. Wedge , Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

IN RE:

**Wilma Jeanne Morris**

    Debtor(s).

**Case Number:  18–13787 – JDL**

Chapter  **13**

## NOTICE OF HEARING

( F.R.Bankr.P. 9014)

    You are hereby noticed that

*27* – Application to Reschedule Hearing On (related documents 19 Notice of Hearing, 25 Notice of Hearing) With Brief in Support, With Certificate of Service, With Notice and Opportunity for Hearing, Filed by Matthew J. Hudspeth of Baer and Timberlake PC on behalf of QUICKEN LOANS INC. (Hudspeth, Matthew)

will be heard by Judge Janice D. Loyd on **March 6, 2019** at **09:30 AM** in the **2nd Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102.**

Dated:  **March 1, 2019**

BY ORDER OF THE COURT,
Douglas E. Wedge, Clerk

By: /s/Debbie Rohde
Debbie Rohde, Deputy